IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFFERY T. DURHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | NO.  06-cv-692-JPG-PMF |
| ) | |
| VILLAGE OF SAUGET POLICE ) | |
| DEPARTMENT; JEFF DONAHEY; and ) | |
| UNKNOWN PARTY JOHN DOE I-V; ) | |
| ) | |
| Defendants. ) | |

# JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having received a Stipulation for Dismissal signed by all counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED: September 12, 2007**

NORBERT G. JAWORSKI, Clerk

By: Brenda K. Lowe, Deputy Clerk

APPROVED:     s/J. Phil Gilbert
             J. PHIL GILBERT
             U. S. DISTRICT JUDGE